**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-20572

GARDEN RIDGE,L.P.,

Plaintiff-Appellant,

VERSUS

USCO DISTRIBUTION SERVICES INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-1272)

March 9, 1999

Before DAVIS, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

Our review of the record in this case persuades us that the judgment entered on the jury verdict is amply supported by record evidence. The jury was entitled to conclude that appellant suffered no loss as a result of any breach of the agreement between appellant and appellee. Also, the district court did not abuse its discretion in denying appellant's motion for a new trial.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.